COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      West Loop Hospitality, LLC, and Jetall Companies, Inc. v. Houston Galleria Lodging Associates, LLC

Appellate case number:   01-19-00885-CV

Trial court case number:  2013-63613

Trial court:               55th District Court of Harris County

Appellees/cross-appellants, Houston Galleria Lodging Associates, LLC, Raymond Management Company, Inc., the Estate of C.J. Raymond, and Barry Perkel have filed a motion requesting that the parties to this appeal be provided with a briefing schedule modifying the scheduled provided by the Texas Rules of Appellate Procedure. Appellees/cross-appellants state in the motion that the parties seeking the requested relief made reasonable attempts to confer with appellants/cross-appellees, West Loop Hospitality, LLC, Jetall Companies, Inc., and Ali Choudhri, but received no response indicating agreement or opposition to the relief sought by the motion.

The motion is **GRANTED**. The briefing schedule will be set out as follows:

Each appellant/cross-appellee, West Loop Hospitality, LLC, Jetall Companies, Inc., and Ali Choudhri, respective appellant's brief is due March 11, 2020 with a maximum word limit of 15,000 words if computer-generated, and 50 pages if not.

Each appellee/cross-appellant, Houston Galleria Lodging Associates, LLC, Raymond Management Company, Inc., the Estate of C.J. Raymond, and Barry Perkel may file a combined appellee/cross-appellant's brief, due 30 days after the filing of appellants' briefs. Each such brief filed by an appellee/cross-appellant is limited to 25,000 words if computer-generated, and 80 pages if not.

Each appellant/cross-appellee may file a combined reply brief/cross-appellee's brief, due 30 days after the filing of appellee/cross-appellant's briefs. Each such brief filed by an appellant/cross-appellee is limited to 17,500 words if computer-generated, and 55 pages if not.

Each appellee/cross-appellant may file a reply brief, due 20 days after the filing appellant/cross-appellee's reply briefs/cross-appellee's briefs, with a maximum word limit of 7,500 words if computer-generated, and 25 pages if not.

Further, the aggregate of all briefs filed by any party shall not exceed 33,000 words if computer-generated, or 105 pages if not.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____

                    ☑ Acting individually    ☐ Acting for the Court

Date: ___March 5, 2020_____